**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :  No. 110 WAL 2023

                Respondent             :

                                   :  Petition for Allowance of Appeal
                                   :  from the Order of the Superior Court

                v.                 :

                                   :

FRANKLIN RAY MARTIN, JR.,        :

                                   :

                Petitioner            :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.